UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC DOUGLAS,

                   Petitioner,

           -v-

WILLIAM BROWN,

                   Respondent.

11-CV-210 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      In his December 31, 2020 letter, Petitioner informed the Court that the District Attorney had consented to Petitioner's state court motion to vacate the conviction and then moved to dismiss the indictment. (Dkt. No. 47). The state court granted the motions and ordered Petitioner's discharge from custody. (*Id*.) Because "the state court proceedings have concluded with complete relief afforded to the petitioner" (*Id.*), the Court hereby dismisses the Amended Petition as moot.

Dated: January 6, 2021
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge